STATE OF NEW MEXICO,
    PLAINTIFF,
V.S.
JESSE LENTE,
    DEFENDANT.

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUL 01 2020
MITCHELL R. ELFERS
CLERK

20cv638 RB/KRS

## Motion For Extension of Time.
(Under 28 U.S.C. 2254 – Pro Se)

Comes Now, Pro-Se Petitioner, Jesse Lente in the above cause and ask that this Court grant this motion. Petitioner states the following as grounds.

On December 4, 2019 Petitioner recieved the mandate on his State Habeas Corpus, No. S-1-S.C-36537 by the Supreme Court of the State of New Mexico. Petitioner has less then six (6) months to file his Writ of Habeas Corpus petition under 28 U.S.C 2254. **The dead-line for petition to be submitted is Tue. Dec. 15th, 2020.**

Petitioner is requesting for extension of time of one-hundred twenty (120) days under NMSR. 12-501. Which, will **set new date of the dead-line to Mon. April 6th 2021.** The Otero County Prison Facility where petitioner is incarcerated at, has been on quarantine for over a month and petitioner has not been able to have access to the

Pg. 1 of 2

FACILITY LAW LIBRARY AND DOES NOT KNOW HOW MUCH LONGER FACILITY WILL BE ON LOCKDOWN/QUARANTINE.

    PETITIONER RESPECTFULLY MOVES THIS COURT FOR AN EXTENSION OF ONE-HUNDRED TWENTY (120) DAYS SO THE PETITIONER PRO SE JESSE LENTE CAN PROPERTLY REVIEW AND FILE A RESPONSE (FEDERAL HABEAS CORPUS).

*Jesse Lente*
JESSE LENTE #38521 (PRO SE)
OTERO COUNTY PRISON FACILITY
10 MCGREGOR RANGE RD.
CHAPARRAL, NM, 88081

PG. 2 OF 2



Jesse Lente #38521
Otero County Prison Facility  WA-14
10 Mc Gregor Range Rd.
Chaparral, NM, 88081

U.S. District Court
333 Lomas, NW, Ste 270 MITCH
Albuq, N.M. 87103